No. 97–5575.  BIBBS *v.* MACDONALD, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 97–5576.  BARROIS *v.* UNIDENTIFIED PARTY ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 97–5581.  COGGINS *v.* 297 LENOX REALTY CO. ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 97–5583.  HUBBARD *v.* ALABAMA ALCOHOLIC BEVERAGE CONTROL BOARD ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 97–5588.  GIBSON *v.* CAIN, WARDEN, ET AL.  C. A. 5th Cir. Certiorari denied.

No. 97–5590.  DIXON *v.* MUELLER, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 97–5591.  GUINN *v.* TACHA, JUDGE, UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT, ET AL.  C. A. 10th Cir. Certiorari denied.

No. 97–5593.  JENKINS *v.* FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 97–5595.  DICKENS *v.* ARIZONA.  Sup. Ct. Ariz.  Certiorari denied.

No. 97–5599.  SMITH *v.* ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 97–5600.  MINK *v.* GENERAL MOTORS CORP.  Ct. App. Mich. Certiorari denied.

No. 97–5603.  RUBIO *v.* SMITH, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 97–5608.  MCREYNOLDS *v.* COMMISSIONER, OFFICE OF MENTAL RETARDATION AND DEVELOPMENTAL DISABILITIES OF NEW YORK, ET AL.  App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Certiorari denied.

No. 97–5609.  BAUHAUS *v.* OKLAHOMA ET AL.  C. A. 10th Cir. Certiorari denied.